

# Fourth Court of Appeals
## San Antonio, Texas

January 15, 2020

No. 04-20-00003-CR

**IN RE** Seth **BATTERTON**

Original Mandamus Proceeding[1]

**ORDER**

On January 2, 2020, relator filed a petition for writ of mandamus. Because this court does not have jurisdiction to address relator's complaint, the petition for writ of mandamus is dismissed for lack of jurisdiction. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on January 15, 2020.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of January, 2020.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 5970, styled *The State of Texas v. Seth McCague Batterton*, pending in the 216th Judicial District Court, Gillespie County, Texas, the Honorable Rex Emerson presiding.